UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-62219-CIV-COHN/SELTZER

BARBARA GLATTER,

    Plaintiff,

v.

MSC CRUISES S.A.,

    Defendant.
_____/

### ORDER DENYING TRANSFER TO UNITED STATES MAGISTRATE JUDGE

**THIS CAUSE** is before the Court on the parties' Consent to Proceed Before a United States Magistrate Judge [DE 10.]  In accordance with the provisions of 28 U.S.C. 636(c), the parties have voluntarily consented to have United States Magistrate Judge Barry S. Seltzer conduct all further proceedings in the case, including the trial and entry of final judgment.  In light of the burgeoning caseload of all Fort Lauderdale magistrates, it is

**ORDERED AND ADJUDGED** that the parties' Consent to Proceed Before a United States Magistrate Judge [DE 10] is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 25th day of October, 2018.

*/s/ James I. Cohn*
JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF