IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:18-CV-62219-JIC

BARBARA GLATTER,

    Plaintiff,

v.

MSC CRUISES, S.A.,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

The parties hereby notify this Honorable Court that all pending claims between the Plaintiff and the Defendant have been settled in full. The parties request this Court retain jurisdiction to enforce the terms of the settlement and will submit a Joint Stipulation for Dismissal.

Dated: February 27, 2019
       Miami, Florida

Respectfully submitted:

**MALTZMAN & PARTNERS, P.A.**

By: */s/ Rafaela P. Castells*
Rafaela P. Castells, Esq.
Florida Bar No. 98468
rafaelac@maltzmanpartners.com
55 Miracle Mile, Suite 300
Coral Gables, FL  33134
Tel: 305-779-5665 / Fax: 305-779-5664
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 27th day of February, 2019. I also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

By: */s/ Rafaela P. Castells*
Rafaela P. Castells

## SERVICE LIST
### CASE NO.: 18-CV-62219-JIC

| | |
|---|---|
| Michael T. Flanagan, Esq.<br>mtf@florida-justice.com<br>Lauren DeFabio Flanagan, Esq.<br>ldf@florida-justice.com<br>FLANAGAN PERSONAL INJURY &<br>WRONGFUL DEATH LAW FIRM, P.A.<br>2 Alhambra Plaza, Suite 620<br>Coral Gables, FL 33134<br>Phone: 305-638-4143<br>Fax: 305-397-2636<br>*Attorneys for Plaintiff* | Jeffrey B. Maltzman, Esq.<br>jeffreym@maltzmanpartners.com<br>Steve Holman, Esq.<br>steveh@maltzmanpartners.com<br>Rafaela P. Castells, Esq.<br>rafaelac@maltzmanpartners.com<br>MALTZMAN & PARTNERS, P.A.<br>55 Miracle Mile, Suite 300<br>Coral Gables, FL  33134<br>Phone: 305-779-5665<br>Fax: 305-779-5664<br>*Attorneys for Defendant* |