IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:18-CV-62219-COHN-SELTZER

BARBARA GLATTER,

    Plaintiff,

v.

MSC CRUISES S.A.,

    Defendant.
_____/

## JOINT STATUS REPORT

The Plaintiff Barbara Glatter ("Plaintiff"), and Defendant MSC Cruises S.A. ("Defendant"), by and through undersigned counsel and pursuant to this Court's Status Report Order dated April 1, 2019 (DE 40) hereby file this Joint Status Report and advise the Court as follows:

1. The parties advised the Court they reached a settlement on February 27, 2019 (DE 39).

2. The Parties are currently resolving the issue of exchanging the settlement funds, which are being processed in Europe and are coming from a foreign company and foreign bank making it take longer than the allotted time to file the dismissal documents.

3. Therefore, the parties respectfully request until April 22, 2019 to file the dismissal documents.

Respectfully submitted:

| | |
|---|---|
| /s/ *Michael T. Flanagan* | /s/ *Rafaela P. Castells* |
| Michael T. Flanagan, Esq. | Rafaela P. Castells, Esq. |
| Florida Bar No. 0091072 | Florida Bar No. 98468 |
| mtf@florida-justice.com | rafaelac@maltzmanpartners.com |
| FLANAGAN PERSONAL INJURY & | MALTZMAN & PARTNERS, P.A. |
| WRONGFUL DEATH LAWFIRM, P.A. | 55 Miracle Mile, Suite 300 |
| 2 Alhambra Plaza, Suite 620 | Coral Gables, FL 33134 |

| | |
|---|---|
| Coral Gables, FL 33134 | Phone: 305-779-5665 |
| Phone: 305-638-4143 | Fax: 305-779-5664 |
| Fax: 305-397-2636 | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 8th day of April 2019. I also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

By: /s/ *Rafaela P. Castells*
Rafaela P. Castells, Esq.
Florida Bar No. 98468

## SERVICE LIST
### CASE NO.: 18-CV-62219-COHN-SELTZER

| | |
|---|---|
| Michael T. Flanagan, Esq.<br>mtf@florida-justice.com<br>Lauren DeFabio Flanagan, Esq.<br>ldf@florida-justice.com<br>FLANAGAN PERSONAL INJURY &<br>WRONGFUL DEATH LAW FIRM, P.A.<br>2 Alhambra Plaza, Suite 620<br>Coral Gables, FL 33134<br>Phone: 305-638-4143<br>Fax: 305-397-2636<br>*Attorneys for Plaintiff* | Jeffrey B. Maltzman, Esq.<br>jeffreym@maltzmanpartners.com<br>Steve Holman, Esq.<br>steveh@maltzmanpartners.com<br>Rafaela P. Castells, Esq.<br>rafaelac@maltzmanpartners.com<br>MALTZMAN & PARTNERS, P.A.<br>55 Miracle Mile, Suite 300<br>Coral Gables, FL  33134<br>Phone: 305-779-5665<br>Fax: 305-779-5664<br>*Attorneys for Defendant* |